604

459 A.2d 26

Commonwealth v. Lee, Appellant.

Submitted February 4, 1983. Anthony G. Bateman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Michael J. Wallace is affirmed.

459 A.2d 26

Commonwealth v. McNair, Appellant.

Submitted February 16, 1982. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.